IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cr-0183-REB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.    CHARLES LITTLEJOHN,

    Defendant.

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT CHARLES LITTLEJOHN**

    THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture.  The Court having read said Motion and being fully advised in the premises finds:

    THAT the United States commenced this action pursuant to 21 U.S.C. §853;

    THAT a Preliminary Order of Forfeiture was entered on November 20, 2008;

    THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. §853(n);

    THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §853;

    NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

    THAT judgment of forfeiture of $1,875.00 in United States Currency shall enter in favor of the United States pursuant to 21 U.S.C. §853, free from the claims of any other party; and

    THAT the United States shall have full and legal title to the forfeited property and

may dispose of it in accordance with law.

SO ORDERED this 11th day of January, 2010.

BY THE COURT:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge