# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Action No.  07-cr-00183-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.  CHARLES LITTLEJOHN,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on the **Motion Pursuant to 18 USC § 3582(c)(2) Fair Sentencing Act 2010 18 to 1 Ratio, Reduction of Mandatory Minimums** [#1095][1] filed July 19, 2012.  After careful review of the motion[2] and the record, I conclude that the motion should be denied. I find and conclude specifically as follows: (1) the defendant was sentenced to the statutory mandatory minimum applicable to both counts of conviction; and (2) the defendant was sentenced before the effective date of the act. Thus, the motion must be denied. *See United States v. Lucero*, 713 F.3d 1024, 1027 (10th Cir. 2013).

**THEREFORE, IT IS ORDERED** that the **Motion Pursuant to 18 USC § 3582(c)(2) Fair Sentencing Act 2010 18 to 1 Ratio, Reduction of Mandatory Minimums** is denied.

---

[1] "[#1095]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

[2] I considered also the other relevant papers, including [#1098], [#1099], [#1100], and [#1136].

Dated June 26, 2015, at Denver, Colorado.

                    **BY THE COURT:**

*Bob Blackburn* (signature)

Robert E. Blackburn
United States District Judge

2