**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:07cr000183-10

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LITTLEJOHN
  AKA "SCOOTER",

    Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE OF THE UNITED STATES**

---

THIS MATTER is before the Court upon request by the probation officer

HAVING considered the probation officer's report, the Court

ORDERS that the defendant be allowed to travel to the Bahamas from May 27, to May 30, 2016.

DATED at Denver, Colorado, this 26th day of April, 2016.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge